UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KRSTAFER PINKERTON, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 25-3127 (PLF) |
| DEBRA REINHARDT, et al., | ) | |
| Defendants. | ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' Motions to Dismiss [Dkt. Nos. 8, 12, 14] are DENIED; it is

FURTHER ORDERED that plaintiffs' Motion for a Temporary Restraining Order for Expedited Preliminary Injunction Proceedings [Dkt. No. 36] is DENIED; and it is

FURTHER ORDERED that this case be TRANSFERRED to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

SO ORDERED.

Date: 2026.06.24
11:02:25 -04'00'

PAUL L. FRIEDMAN
United States District Judge

DATE: June 24, 2026